UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

November 26, 2002

MEMORANDUM TO MR. CLARKE RE:  United States of America v.
$2,005.00 U.S. Currency
Civil #L-02-2722

Dear Mr. Clarke:

The last entry on the docket is a Certificate of Publication filed on September 10th. Accordingly, on or before December 10, 2002, please submit a written status report.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file

