

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 22, 2003

MEMORANDUM TO MS. WHITE RE:   United States of America v.
$2,005.00 in U.S. Currency
Civil #L-02-2722

Dear Ms. White:

Pursuant to this Court's Scheduling Order of November 26, 2002, a status report was due on December 10, 2002. On December 13, 2002, another Scheduling Order was issued giving counsel until December 20, 2003, to submit a status report. To date, no report has been filed. Counsel shall submit the written report on or before January 31, 2003.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File