```
            IN THE UNITED STATES DISTRICT COURT FOR
         THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                                *
UNITED STATES OF AMERICA,       *

     Plaintiff,                 *

v.                              *    CIVIL ACTION NO: WDQ-02-2722

$2,005.00 CURRENCY,             *

     Defendant.                 *

*    *    *    *    *    *    *    *    *    *    *    *    *
                                                              *
```

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this __4th__ day of __April__, 2003,
   **ORDERED,** that Plaintiff's Motion for Default Decree of Forfeiture be, and hereby is, **DENIED** without prejudice.

/s/
_____
William D. Quarles, Jr.
United States District Judge