```
         IN THE UNITED STATES DISTRICT COURT FOR
          THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                              *
UNITED STATES OF AMERICA,     *

     Plaintiff,               *

v.                            *    CIVIL ACTION NO: WDQ-02-2722

$2,005.00 CURRENCY,           *

     Defendant.               *

*    *    *    *    *    *    *    *    *    *    *    *    *    *
```

ORDER

In the April 4, 2003 Memorandum Opinion in the above captioned case, this Court found that the claimant in this matter lacked standing to challenge this forfeiture. The Court also found, however, that LAR (c)(4) prevented the entry of default because an answer had been filed.

The government's unopposed "Motion for Default Decree of Forfeiture" is before this Court. It asserts that because the claimant lacked statutory standing in this matter, the answer and appearance may be ignored and a default judgment entered despite the language of LAR (c)(4).

Because the government's motion challenges the validity of the answer and appearance, seeking to remove them from the Court's consideration, the Court will treat this motion as a motion to strike the pleadings and affidavit or certificate of counsel. Even after striking the pleadings and appearance, however, default judgment is inappropriate because there has been no entry of default. Therefore, the Court will also treat this motion as one

for entry of default and order the Clerk of the Court to enter a default in the above captioned case. The remainder of the government's motion is premature, and must be denied.

For these reasons in addition to those stated in the April 4, 2003 Memorandum Opinion in the above captioned case, it is this 22nd day of July, 2003, ORDERED:

1. That the Clerk of the Court shall strike the pleadings and appearance of claimant's counsel;

2. That the Clerk of the Court shall enter a default in the above captioned case;

3. That the remainder of the government's motion BE and hereby is DENIED; and

4. That the Clerk of the Court mail copies of this order to the government.

                                                  _____/s/_____
                                                  William D. Quarles, Jr.
                                                  United States District Judge