IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| Plaintiff | * | |
| v. | * | Civil No. WDQ-02-2722 |
| $2,005.00 U.S. CURRENCY | * | |
| Defendant | | |
| | * | |

\*\*\*\*\*\*

## ORDER OF DEFAULT

Pursuant to an Order of Court dated July 22, 2003 (Paper No. 14) directing the clerk to strike certain pleadings, and to enter a default in this case, it is

Ordered that default be and hereby is entered in the above captioned case this 22nd day of July 2003.

FILED ____ ENTERED
LODGED ____ RECEIVED

JUL 22 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY

FELICIA C. CANNON, CLERK

By:  /s/

Deputy Clerk
R. Lawson

U.S. District Court (Rev. 1/2/00) - Order of Default