IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | * * * | |
| v. | * * | CIVIL ACTION NO. WDQ-02-2722 |
| $2,005.00 U.S. CURRENCY,<br>　　　　Defendant. | * * | |

\* \* \* \* \* \* \*

### MOTION FOR DEFAULT DECREE OF FORFEITURE

The United States of America, by and through undersigned counsel, hereby moves for entry of a Decree of Forfeiture, and in support of such motion states the following:

1. The Verified Complaint for Forfeiture of the defendant property, which, the government submits, sets forth probable cause for the forfeiture of the defendant property, was filed on or about August 13, 2002.

2. On or about August 21, 2002, the U.S. Marshal Service arrested, or executed process on, the defendant property.

3. As the Verified Complaint sets forth, the property was seized from Stanley Woody. A copy of the Verified Complaint and other pertinent documents were mailed to Kenneth W. Ravenell, Esquire, 401 E. Pratt Street, Baltimore, Maryland 21202, on or about November 13, 2002. A copy of the letter is annexed hereto as Exhibit A. The government did not receive a response from Mr. Ravenell within the time period set forth in 18 U.S.C. section 983 (a)(4)(A).

4. On or about July 22, 2003, the Court ordered that the claimant's Answer be stricken and that default be entered. A copy of the Order and Order of Default is annexed hereto as Exhibit A.

5. On or about August 28, and 31, 2002, notice of the pendency of this case was published in the Baltimore Sun and the Afro-American, newspapers of general circulation in Baltimore City, Maryland, pursuant to Rule C of the Supplemental Rules For Certain Admiralty and Maritime Claims. A copy of the certifications of advertising and Declaration Regarding Circulation are annexed hereto as Exhibit B.

**WHEREFORE**, the United States of America respectfully requests that the Court enter judgment for the United States of America under the terms and conditions of the draft order submitted herewith for the convenience of the Court.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

8/31/03
Date

Martin J. Clarke
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
Telephone (410) 209-4800
Facsimile (410) 962-3091

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 5th, 2003, a copy of the foregoing Motion for Default Decree of Forfeiture was mailed first class, postage prepaid to Kenneth W. Ravenell, Esquire, 401 E. Pratt Street, Baltimore, Maryland 21202.

_____
Martin J. Clarke
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. L-02-2722 |
| | * | |
| **$2,005.00 U.S. CURRENCY,** | * | |
| Defendant. | * | |

* * * * * * *

### DEFAULT DECREE OF FORFEITURE

**IT IS ORDERED, ADJUDGED, AND DECREED** on this _____ day of July, 2003 that:

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired;

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C. section 2465;

4. The defendant property is condemned and all rights, title, and interest of Stanley Woody and any and all other persons, are hereby **FORFEITED** to the United States of America; and

5. The United States Marshal Service shall dispose of the defendant property in accordance with law.

6. The clerk shall provide copies of this order to counsel of record.

_____
William D. Quarles, Jr.
United States District Judge