```
            IN THE UNITED STATES DISTRICT COURT FOR
         THE DISTRICT OF MARYLAND, NORTHERN DIVISION
                                *
UNITED STATES OF AMERICA,       *

      Plaintiff,                *

v.                              *    CIVIL ACTION NO: WDQ-02-2722

$2,005.00 CURRENCY,             *

      Defendant.                *

*   *   *   *   *   *   *   *   *   *   *   *   *   *
```

<u>ORDER</u>

In the April 4, 2003 Memorandum Opinion in the above captioned case, this Court found that the claimant in this matter lacked standing to challenge this forfeiture. The Court also found, however, that LAR (c)(4) prevented the entry of default because an answer had been filed.

The government's unopposed "Motion for Default Decree of Forfeiture" is before this Court. It asserts that because the claimant lacked statutory standing in this matter, the answer and appearance may be ignored and a default judgment entered despite the language of LAR (c)(4).

Because the government's motion challenges the validity of the answer and appearance, seeking to remove them from the Court's consideration, the Court will treat this motion as a motion to strike the pleadings and affidavit or certificate of counsel. Even after striking the pleadings and appearance, however, default judgment is inappropriate because there has been no entry of default. Therefore, the Court will also treat this motion as one

**EXHIBIT A**

for entry of default and order the Clerk of the Court to enter a default in the above captioned case. The remainder of the government's motion is premature, and must be denied.

For these reasons in addition to those stated in the April 4, 2003 Memorandum Opinion in the above captioned case, it is this 22nd day of July, 2003, ORDERED:

1. That the Clerk of the Court shall strike the pleadings and appearance of claimant's counsel;

2. That the Clerk of the Court shall enter a default in the above captioned case;

3. That the remainder of the government's motion BE and hereby is DENIED; and

4. That the Clerk of the Court mail copies of this order to the government.

                                                                               /s/
                                           William D. Quarles, Jr.
                                           United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA
        Plaintiff            \*

    v.                               \*      Civil No. WDQ-02-2722

$2,005.00 U.S. CURRENCY       \*
        Defendant
                              \*
                          \*\*\*\*\*\*

## ORDER OF DEFAULT

Pursuant to an Order of Court dated July 22, 2003 (Paper No. 14) directing the clerk to strike certain pleadings, and to enter a default in this case, it is

Ordered that default be and hereby is entered in the above captioned case this 22nd day of July 2003.

FELICIA C. CANNON, CLERK

By:   /s/

Deputy Clerk
R. Lawson

FILED _____ ENTERED
LODGED _____ RECEIVED

JUL 22 2003

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

U.S. District Court (Rev. 1/2/00) - Order of Default