

**THE BALTIMORE SUN**
BALTIMORE, MARYLAND 21278-0001

RECEIVED
U.S. MARSHAL
BALTIMORE, MD
2002 SEP 3⁻ A 10: 16

August 29, 2002

WE HEREBY CERTIFY, that the annexed advertisement of

```
                    AD NO.:   32421
         US DEPT OF JUSTICE
         US MARSHAL JOHNNY L HUGHES
         101 W LOMBARD ST #6115
         BALTIMORE            MD 21201
```

was published in **"THE BALTIMORE SUN"** a daily newspaper printed and published in the City of Baltimore 8/28/02

The Baltimore Sun Company,
By Michele Griesbauer

7331

NOTICE OF SEIZURE
NOTICE IS HEREBY GIVEN that by virtue of Warrant for Arrest in Rem, issued by the U.S. District Court for the District of Maryland, in an action entitled, U.S. v. $2,005.00 U.S. CURRENCY, United States Marshal Service for the District of Maryland, arrested on 8/21/02, said property described under Civil Docket No. L02CV2722 and filed with the Clerk of the Court for the District of Maryland for violation of 21 U.S.C. § 841, and which action requests that the said property be seized for condemnation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Supplemental Rule C(6) of the Certain Admiralty and Maritime Claims, and the Federal Rules of Civil Procedure, and within 30 days after publication must file a claim with the Clerk of the Court, U.S. District Court for the District of Maryland, and make service upon the attorney for the plaintiff, and must serve their answers within 20 days after the filing of their claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. Martin J. Clarke, Assistant United States Attorney, 6625 U.S. Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21201, attorney for plaintiff.
Johnny L. Hughes
U.S. Marshal
101 W. Lombard St.
Baltimore, Maryland 21201
(410) 962-2242

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

...ooOoo...

DECLARATION REGARDING CIRCULATION

I, Jennifer Helphenstine, certify that I am the Call Center Manager for The Baltimore Sun newspaper, that I am familiar with the circulation information pertaining to The Baltimore Sun, and that The Baltimore Sun is a newspaper of general circulation in every county in the state of Maryland. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

2/6/01
Date

Jennifer Helphenstine

# The AFRO American Newspapers

*Baltimore Afro-American*  *Washington Afro-American*  *Every Wednesday*

Afro-American Newspaper
Executive Offices
P.O. Box 1857
2519 North Charles Street
Baltimore, Maryland 21218

STATE OF MARYLAND
COUNTY OF BALTIMORE

Before me, A Notary Public, in and for said city and state, September 4, 2002, Zenelda Ferges

Personally known to me, who being duly sworn, states as follows:

That Zenelda Ferges is an employee of "The Afro-American Newspapers" and that said

Publication(s) in the issue of 8/31/02 carried the attached advertisement of


Company:

683 U.S Couthouse Department Of Justice U.S. Marshal's
Johhny Hughes
101 W. Lombard Street
Baltimore, MD 21202

**NOTICE OF SEIZURE**

NOTICE IS HEREBY GIVEN that by virtue of Warrant for Arrest in Rem, issued by the U.S. District Court for the District of Maryland, in an action entitled, **U.S. v. $2,005.00 U.S. CURRENCY**, United States Marshal Service for the District of Maryland, arrested on 8/21/02, said property described under Civil Docket No. L02CV2722 and filed with the Clerk of the Court for the District of Maryland for violation of 21 U.S.C. § 841, and which action requests that the said property be seized for condemnation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Supplemental Rule C(6) of the Certain Admiralty and Maritime Claims, and the Federal Rules of Civil Procedure, and within 30 days after publication must file a claim with the Clerk of the Court, U.S. District Court for the District of Maryland, and make service upon the attorney for the plaintiff, and must serve their answers within 20 days after the filing of their claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. Martin J. Clarke, Assistant United States Attorney, 6625 U.S. Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21201, attorney for plaintiff.

Johnny L. Hughes
U.S. Marshal
101 W. Lombard St.
Baltimore, Maryland 21201

_____
Signature

_____
Notary Public