IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,      * | |
|        Plaintiff,      * | |
|       * | |
| v.      * | CIVIL ACTION NO. L-02-2722 |
|       * | |
| $2,005.00 U.S. CURRENCY,      * | |
|       Defendant.      * | |
|      * * * * * * * | |

### DEFAULT DECREE OF FORFEITURE

IT IS ORDERED, ADJUDGED, AND DECREED on this __1__ day of ~~July~~ August, 2003 that:

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired;

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C. section 2465;

4. The defendant property is condemned and all rights title, and interest of Stanley Woody and any and all other persons are hereby **FORFEITED** to the United States of America and

5. The United States Marshal Service shall dispose of the defendant property in accordance with law.

6. The clerk shall provide copies of this order to counsel of record

_____
William D. Quarles, Jr.
United States District Judge